JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE VALADEZ and VALENTINO GONZALEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>COUNTY OF LOS ANGELES; DEPUTY HUNZINGER; DEPUTY VERA; FIELD SUPERVISOR DEPUTY MICAH LOPEZ; DEPUTY JAVIER HERNANDEZ; DEPUTY JOEL J. MACIAS; SERGEANT POLANCO; LIEUTENANT PATTERSON; CAPTAIN KERRY A. CARTER; SERGEANT RICHARD F. ALVAREZ; DEPUTY REFUGIO IBARRA; DEPUTY GOMEZ; SERGEANT ADAMS; SERGEANT VARELA; CHIEF VIERA; WATCH COMMANDER DEPUTY STRONG; SERGEANT BRIAN ANDERSON; DEPUTY GUILLERMO ALVAREZ, JR.; DEPUTY NICOLAS MARINELLI; SERGEANT MARY DE BELLA; DEPUTY ADRIAN DE CASAS; DEPUTY JAN WONG; DEPUTY JOSHUA HERNANDEZ; and DOES 8 through 10 inclusive,<br><br>    Defendants. | Case No. 2:20-cv-03724-JWH-SKx<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Defendants' Motion for Summary Judgment [ECF No. 111]" filed substantially contemporaneously herewith, and in accordance with Rules 56 and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. §§ 1331 & 1441.

2. The operative pleading is the Second Amended Complaint [ECF No. 89][1] filed by Plaintiffs Anne Valadez and Valentino Gonzalez (jointly, "<u>Plaintiffs</u>").

3. Defendants Does 8 through 10 are **DISMISSED**.

4. Defendant Sergeant Brian Anderson Defendant Deputy Javier Hernandez were **DISMISSED without prejudice** on or about September 26, 2022.

5. Defendants County of Los Angeles; Deputy John Hunziker;[2] Deputy Eliezer Vera, Jr.; Deputy Jaime Gomez; Sergeant Micah Lopez;[3] Deputy Joel Macias; Sergeant Jesse Polanco; Sergeant Richard Alvarez; Deputy Refugio Ibarra; Sergeant Andrea Varela; Lieutenant Dru Strong;[4] Lieutenant Paul Patterson; Commander Kerry Carter;[5] Chief Eliezer Vera;[6] Deputy Guillermo

---

[1] Plaintiffs filed two documents captioned as "Second Amended Complaint"—ECF No. 63 on August 23, 2022, and ECF No. 89 on September 30, 2022. Plaintiffs' operative pleading is the later-filed document.

[2] Plaintiffs refer to Deputy John Hunziker as "Deputy Hunzinger."

[3] Plaintiffs refer to Sergeant Micah Lopez as "Field Supervisor Deputy Micah Lopez."

[4] Plaintiffs refer to Lieutenant Dru Strong as "Watch Commander Deputy Strong."

[5] Plaintiffs refer to Commander Kerry Carter as "Captain Kerry A. Carter."

[6] Plaintiffs refer to Chief Eliezer Vera as "Chief Viera."

Alvarez, Jr.; Lieutenant Mary De Bella;[7] Detective Adrian De Casas;[8] Deputy Nicolas Marinelli; Deputy Jan Wong; Lieutenant John Adams;[9] and Deputy Joshua Hernandez shall have **JUDGMENT** in their **FAVOR**, and **AGAINST** Plaintiffs. Plaintiffs shall take nothing by way of their Second Amended Complaint. This action is **DISMISSED**.

6. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 24, 2024

John W. Holcomb
UNITED STATES DISTRICT JUDGE

---

[7] Plaintiffs refer to Lieutenant Mary De Bella as "Sergeant Mary De Bella."

[8] Plaintiffs refer to Detective Adrian De Casas as "Deputy Adrian De Casas."

[9] Plaintiffs refer to Lieutenant John Adams as "Sergeant Adams."

-3-